SANDERS v. BROYHILL FURNITURE INDUS.

No. 544P98

Case below: 131 N.C.App. 383

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

SCOTT v. UNITED CAROLINA BANK

No. 399P98

Case below: 130 N.C.App. 426

Petition by defendant (UCB) for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

SHARPE v. WORLAND

No. 55P99

Case below: 132 N.C.App. 223

Motion by defendant (Wesley Long Community Hospital) for temporary stay allowed 12 February 1999. Motion by defendants (Dr. Worland and Greensboro Anesthesia) for temporary stay allowed 17 February 1999.

SMITH v. PRINCIPAL MUT. LIFE INS. CO.

No. 495P98

Case below: 131 N.C.App. 138

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 March 1999. Justice Martin recused.

STAMEY v. N.C. SELF-INSURANCE GUAR. ASS'N

No. 556P98

Case below: 131 N.C.App. 662

Joint motion to withdraw petition for discretionary review pursuant to G.S. 7A-31 allowed 25 January 1999.